IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL ROBERTS,**

    **Plaintiff,**

v.                                                 Case No. 1:22-cv-134-AW-MJF

**GAINESVILLE POLICE
DEPARTMENT and ALACHUA
COUNTY SHERIFF OFFICE,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 27, 2022 Report and Recommendation. ECF No. 17. There has been no objection.[1] I agree with the magistrate judge that the case should be dismissed for failure to comply with court orders.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 17) is adopted and incorporated into this order.

---

[1] I note that the Report and Recommendation was returned as undeliverable. ECF No. 18. Plaintiff was instructed that he was "required to advise the Clerk's Office in writing of any change in [his] mailing address." ECF No. 3. To the extent Plaintiff did not receive notice of the Report and Recommendation, it was because of his failure to apprise the Clerk's Office of his move.

1

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Plaintiff's failure to comply with court orders."

3. The clerk will then close the file.

SO ORDERED on December 9, 2022.

s/ *Allen Winsor*  
United States District Judge